889 A.2d 1055

IN THE MATTER OF HENRY E. RZEMIENIEWSKI, JUDGE OF THE MUNICIPAL COURTS OF HILLSBOROUGH TOWNSHIP, MANVILLE BOROUGH AND SOUTH BOUND BROOK BOROUGH

December 15, 2005.

**ORDER**

The Advisory Committee on Judicial Conduct having filed a presentment recommending that **HENRY E. RZEMIENIEW-SKI**, Judge of the Municipal Courts of Hillsborough Township, Manville Borough, and South Bound Brook Borough, be publicly reprimanded for violations of *Canons* 1 (a judge must observe high standards of conduct so that the integrity and independence of the judiciary may be preserved), 2A(a judge should respect and comply with the law and act in a manner that promotes public confidence in the integrity and impartiality of the judiciary), 3A(1)(a judge should be faithful to the law and maintain professional competence in it) and 3A(3) (a judge should be patient, dignified and courteous) of the *Code of Judicial Conduct* and *Rule* 2:15–8(a)(6)(a judge should not engage in conduct prejudicial to the administration of justice that brings the judicial office into disrepute);

And **HENRY R. RZEMIENIEWSKI** having informed the Court that he will not seek reappointment as Municipal Court Judge in the Township of Hillsborough when his term expires on December 31, 2005, and that he has informed the governing bodies of the Boroughs of Manville and South Bound Brook that he intends to retire as Municipal Judge effective February 12, 2006;

And the Court having reviewed the record and having determined that discipline greater than that recommended in the presentment is warranted and that a censure should be imposed;

And **HENRY R. RZEMIENIEWSKI** having waived his right to a hearing before the Supreme Court, and having consented to

the imposition of a censure for his violations of the *Code of Judicial Conduct* and *Rule* 2:15–8(a)(6);

And good cause appearing;

It is ORDERED that the findings contained in the presentment of the Advisory Committee on Judicial Conduct are adopted and **HENRY R. RZEMIENIEWSKI,** Judge of the Municipal Courts of Hillsborough Township, Manville Borough, and South Bound Brook Borough, is hereby censured for his violations of *Canons* 1, 2A, 3A(1) and 3A (3) of the *Code of Judicial Conduct,* and *Rule* 2:15–8(a)(6).